902

No. 73–6853. HENDERSON v. NORTH CAROLINA. Sup. Ct. N. C.

No. 73–6876. NOELL v. NORTH CAROLINA. Sup. Ct. N. C.

No. 74–6735. STEGMANN v. NORTH CAROLINA. Sup. Ct. N. C.

No. 75–5032. LOWERY v. NORTH CAROLINA. Sup. Ct. N. C.

No. 75–5076. ARMSTRONG v. NORTH CAROLINA. Sup. Ct. N. C.

No. 75–5384. VINSON v. NORTH CAROLINA. Sup. Ct. N. C.